SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KORTTNEY ELLIOTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOTT,<br><br>   Plaintiff,<br><br>   vs.<br><br>GOOD LIFE ENTERPRISES, L.L.C.; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:22-cv-03754 FLA (AFMx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: October 7, 2022<br>Time: 1:30 p.m.<br>Courtroom: 6B<br><br>Honorable Judge Fernando L. Aenlle-Rocha |

To Defendant GOOD LIFE ENTERPRISES, L.L.C. and the attorneys of record, if any: Please take notice that on October 7, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff KORTTNEY ELLIOTT will present Plaintiff's motion for default judgment against Defendant GOOD LIFE ENTERPRISES, L.L.C. The Clerk has previously entered the default on said Defendant on August 3, 2022.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant GOOD LIFE ENTERPRISES, L.L.C. is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and

Sailor's Civil Relief Act of 1940; (2) Defendant GOOD LIFE ENTERPRISES, L.L.C. has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $2,627.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 8607 Valley Blvd., Rosemead, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant GOOD LIFE ENTERPRISES, L.L.C. on September 2, 2022 by first class United States Mail, postage prepaid.

Dated: September 2, 2022            **SO. CAL. EQUAL ACCESS GROUP**

By:   /s/ Jason J. Kim_____
      Jason J. Kim, Esq.
      Attorneys for Plaintiff