1
2
3
4
5
6
7

JS-6

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   KORTTNEY ELLIOTT,                    Case No. 2:22-cv-03754-FLA (AFMx)

12                        Plaintiff,
                                          **ORDER DISMISSING ACTION**
13           v.                           **[DKT. 20]**

14
     GOOD LIFE ENTERPRISES, L.L.C.,
15   et al.,

16                        Defendants.

17

18
19
20
21
22
23
24
25
26
27
28

1

On September 23, 2022, Plaintiff Korttney Elliott ("Plaintiff") filed a Notice of Voluntary Dismissal ("Notice of Dismissal"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 20.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.  Plaintiff's Motion for Default Judgment, Dkt. 18, is DENIED as moot.

2. The court DISMISSES the action with prejudice.


IT IS SO ORDERED.


Dated: September 27, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2